# IN THE NINTH COURT OF APPEALS

09-17-00306-CR

John Mark Bass
v.
The State of Texas

On Appeal from the
9th District Court of Montgomery County, Texas
Trial Cause No. 17-05-05540-CR

## **JUDGMENT**

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the judgment of the trial court is affirmed.

Opinion of the Court delivered by Justice Leanne Johnson

December 13, 2017

**AFFIRMED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court